IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00101-BO

**Edward Swafford**, et al.,

    Plaintiffs,

v.

**Cellco Partnership**,

    Defendant.

**ORDER**

The Motion to Compel (D.E. 15) is denied without prejudice in light of the parties' reported settlement. *See* D.E. 20. Should the parties' anticipated settlement not come to fruition, Cellco may refile its motion.

Dated: March 22, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge